FELONY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

#3

DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? NO X   YES   If the answer is "Yes", list the case number and title of the earliest filed complaint:

**07CR 0869**

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations? NO X   YES   If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

**JUDGE GETTLEMAN**

**MAGISTRATE JUDGE NOLAN**

3) Is this re-filing of a previously dismissed indictment or information? NO X   YES ☐
If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court? NO X   YES ☐   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?
   NO X   YES ☐

6) What level of offense is this indictment or information?   FELONY X   MISDEMEANOR ☐

7) Does this indictment or information involve eight or more defendants?   NO X   YES ☐

8) Does this indictment or information include a conspiracy count?   NO X   YES ☐

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

| | | |
|---|---|---|
| ☐ Homicide .................... (II) | ☐ Income Tax Fraud ................ (II) | ☐ DAPCA Controlled Substances ........ (III) |
| ☐ Criminal Antitrust ............ (II) | ☐ Postal Fraud .................... (II) | ☐ Miscellaneous General Offenses ...... (IV) |
| ☐ Bank robbery ................. (II) | ☐ Other Fraud .................... (III) | ☐ Immigration Laws ................. (IV) |
| ☐ Post Office Robbery .......... (II) | ☐ Auto Theft ..................... (IV) | ☐ Liquor, Internal Revenue Laws ...... (IV) |
| ☐ Other Robbery ................ (II) | ☐ Transporting Forged Securities .... (III) | ☐ Food & Drug Laws ................ (IV) |
| ☐ Assault ...................... (III) | ☐ Forgery ....................... (III) | ☐ Motor Carrier Act ................ (IV) |
| ☐ Burglary ..................... (IV) | ☐ Counterfeiting ................. (III) | ☐ Selective Service Act ............. (IV) |
| ☐ Larceny and Theft ............ (IV) | ☐ Sex Offenses .................. (II) | ☐ Obscene Mail ................... (III) |
| ☐ Postal Embezzlement ......... (IV) | ☐ DAPCA Marijuana ............. (III) | X Other Federal Statutes ............ (III) |
| ☐ Other Embezzlement .......... (III) | ☐ DAPCA Narcotics .............. (III) | ☐ Transfer of Probation Jurisdiction ..... (V) |

10) List the statute of each of the offenses charged in the indictment or information.

Title 18 USC § 1343

_____
Assistant United States Attorney

**FILED**

DEC 28 2007
DEC 28 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT