# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 869 -1 | **DATE** | 2/7/2008 |
| **CASE TITLE** | USA　vs　South Shore Supermarket | | |

**DOCKET ENTRY TEXT:**

Arraignment held. Waiver of indictment filed and executed. Defendant enters plea of guilty to count 5 of the criminal information and not guilty to the remaining counts. Defendant advised of rights. Enter finding of guilty. Cause referred to probation dept. for pre-sentence investigation and report. The probation officer will give copies of any documents used to compute criminal history and offense level to counsel for all parties on request. Sentencing is set for 4/25/2008, at 10:30 a.m.
[Docketing to Mail Notices]

00:41

| | Courtroom Deputy Initials: | GDS |
|---|---|---|