## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 869 -1 | **DATE** | 2/11/2008 |
| **CASE TITLE** | USA   vs   South Shore Supermarket | | |

**DOCKET ENTRY TEXT:**

The time of the 4/25/2008 sentencing is re-set to 9:00 a.m.

[Docketing to Mail Notices]

00:00

| | Courtroom Deputy Initials: | GDS |
|---|---|---|