AO 455 (Rev. 5/85) Waiver of Indictment

**FILED**
Feb 7 2008
Feb 7 2008
Judge Robert W. Gettleman
United States District Court

# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __ILLINOIS, EASTERN DIVISION__

UNITED STATES OF AMERICA

v.

SOUTH SHORE SUPERMARKET, INC.

**WAIVER OF INDICTMENT**

**CASE NUMBER:** 07 CR 869

I, <u>Abraham Suliman, the duly authorized representative of South Shore Supermarket, Inc.</u>, the above named defendant, which is accused of:

> Beginning no later than on or about March 1, 2002, and continuing until on or about October 4, 2002, at Chicago, in the Northern District of Illinois, Eastern Division and elsewhere, knowingly devising, intending to devise and participating in a scheme to defraud and to obtain money from the United States Department of Agriculture by means of materially false and fraudulent pretenses, representations and promises, resulting in the fraudulently processing and purchase of USDA food stamp program benefits in exchange for cash, which scheme was effected and executed through, among other things, the knowing transmittal of wire communications in interstate commerce, in violation of Title 18, United States Code, Section 1343.

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on <u>February 6, 2008</u> prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before: _____
Hon. Robert W. Gettleman
*Judicial Officer*

Date: Feb 7, 2008