UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 07 CR 869 |
| | ) | Judge Robert W. Gettleman |
| SOUTH SHORE SUPERMARKET, INC. | ) | |

AGREED MOTION FOR ENTRY OF
PRELIMINARY ORDER OF FORFEITURE

The United States of America, through PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, moves for entry of a preliminary order of forfeiture as to specific property pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code, Section 2461(c), and Fed. R. Crim. P. 32.2, and in support thereof submits the following:

1. On December 28, 2007, an information was filed charging defendant SOUTH SHORE SUPERMARKET, INC. with wire fraud violations pursuant to the provisions of 18 U.S.C. § 1343.

2. The information sought forfeiture to the United States of specific property pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

3. On February 7, 2008, pursuant to Fed R. Crim. P. 11, defendant SOUTH SHORE SUPERMARKET, INC. entered a voluntary plea of guilty to Count Five of the information, charging it with a violation of 18 U.S.C. § 1343, thereby making the certain property subject to forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

4. Pursuant to the terms of its plea agreement, as a result of its violation of 18 U.S.C. § 1343, to which defendant SOUTH SHORE SUPERMARKET, INC. has pleaded guilty, the

defendant agreed that the following property is subject to forfeiture to the United States pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), as property, real or personal, that constitutes or is derived from proceeds traceable to the defendant's violation. The property subject to forfeiture includes, funds in the amount of $47,193.05, including specifically (i) funds in the amount of $45,228.05 seized from Marquette National Bank of Chicago account XX810 held in the name of South Shore Supermarket, Inc. and (ii) $1,965 in currency seized from South Shore Supermarket on October 2, 2002. Pursuant to the terms of its plea agreement, defendant SOUTH SHORE SUPERMARKET, INC. further agreed to the entry of a preliminary order of forfeiture against the aforementioned property.

5. Pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and to the terms of the plea agreement, the United States seeks forfeiture of all right, title, and interest defendant SOUTH SHORE SUPERMARKET, INC. has in the foregoing property, for disposition according to law.

6. Accordingly, the United States requests that this Court enter a preliminary order of forfeiture, pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), forfeiting all right, title, and interest defendant SOUTH SHORE SUPERMARKET, INC. has in the foregoing property, for disposition according to law.

7. Upon entry of a preliminary order of forfeiture, pursuant to the provisions of 21 U.S.C. § 853(g), as incorporated by 28 U.S.C. § 2461(c), the United States Department of Treasury shall seize and take custody of foregoing property for disposition according to law.

8. Further, pursuant to the provisions of 21 U.S.C. § 853(n)(1), as incorporated by 28 U.S.C. § 2461(c), upon the entry of a preliminary order of forfeiture, the United States Department

of Treasury shall publish notice of this order and of its intent to dispose of the property according to law.  The United States may also, pursuant to statute, to the extent practicable, provide written notice to any person known to have alleged an interest in the property that is the subject of the preliminary order of forfeiture as a substitute for published notice as to those persons so notified.  The government is unaware, at this time, of anyone who qualifies for such notice.

9.	Pursuant to the provisions of 21 U.S.C. § 853(n)(2), as incorporated by 28 U.S.C. § 2461(c), if following notice as directed by this Court and 21 U.S.C. § 853(n)(1), any person other than the defendant, asserts an interest in the property which has been ordered forfeit to the United States, within thirty days of the final publication of notice or this receipt of notice under paragraph eight (8), whichever is earlier, and petitions this Court for a hearing to adjudicate the validity of this alleged interest in the property the government shall request a hearing.  The hearing shall be held before the Court alone, without a jury.

10.	Following the Court's disposition of all third parties interests, the government will request that the Court, if appropriate, enter a final order of forfeiture as to the property which is the subject of this preliminary order of forfeiture, vesting clear title in the United States of America.

11.	The United States requests that the terms and conditions of this preliminary order of forfeiture be made part of the sentence imposed against defendant SOUTH SHORE SUPERMARKET, INC. and included in any judgment and commitment order entered in this case against it.

WHEREFORE, pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2, the United States requests that this Court enter a preliminary order of forfeiture as to the foregoing property in accordance with the draft preliminary order of forfeiture which is submitted herewith.

                                                  Respectfully submitted,

                                                  PATRICK J. FITZGERALD
                                                  United States Attorney

By: s/ Joseph Ferguson
    JOSEPH FERGUSON
    Assistant United States Attorney
    219 South Dearborn Street
    Room 500
    Chicago, Illinois 60604
    (312) 353-5300

March 6, 2008