UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 07 CR 869 |
| ) | Judge Robert W. Gettleman |
| SOUTH SHORE SUPERMARKET, INC. ) | |

NOTICE OF MOTION

TO:  See Attached.

PLEASE TAKE NOTICE that on **TUESDAY, March 18, 2008, 9:15 a.m.** at the opening or as soon thereafter as counsel may be heard, I will appear before the Honorable Robert W. Gettleman in the courtroom usually occupied by him in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present **AGREED MOTION FOR ENTRY OF PRELIMINARY ORDER OF FORFEITURE**,  in the above-captioned case, at which time and place you may appear if you see fit.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:  s/ Joseph Ferguson
    Joseph Ferguson
    Assistant U.S. Attorneys
    219 South Dearborn Street, 5th Floor
    Chicago, Illinois 60604
    (312) 353-5300

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following documents:

**AGREED MOTION FOR ENTRY OF**
**PRELIMINARY ORDER OF FORFEITURE**

were served on March 6, 2008, in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing pursuant to the district court's Electronic Case Filing (ECF) system as to ECF filers.

                                                s/Joseph Ferguson
                                                JOSEPH FERGUSON
                                                Assistant United States Attorneys
                                                219 South Dearborn
                                                Chicago, Illinois  60604
                                                (312) 353-5300