
Order Form (01/2005)





# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 Cr 869 | **DATE** | 3/18/2008 |
| **CASE TITLE** | U S A vs South Shore Supermarket | | |

**DOCKET ENTRY TEXT:**

Government's agreed motion for entry of preliminary order of forfeiture is granted.

[For further detail see separate order]
[Docketing to mail notice]

00:03

| | Courtroom Deputy | GDS |
|---|---|---|