MHW

## Department of the Treasury
*Federal Law Enforcement Agencies*
### PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>07 CR 869 |
|---|---|
| DEFENDANT  SOUTH SHORE SUPERMARKET, INC. | TYPE OF PROCESS **PRELIMINARY ORDER OF FORFEITURE/NOTICE OF FORFEITURE** |

| SERVE AT | Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize<br>**LINDA BABICH, ESQ.** |
|---|---|
|  | Address (Street or RFD / Apt. # / City, State, and Zip Code)<br>**205 NORTH MICHIGAN AVENUE, SUITE 4000, CHICAGO, ILLINOIS 60601** |

| Send NOTICE OF SERVICE copy to Requester:<br>PATRICK J. FITZGERALD, UNITED STATES ATTORNEY<br>OFFICE OF THE UNITED STATES ATTORNEY<br>219 SOUTH DEARBORN STREET, 5TH FLOOR,<br>CHICAGO, ILLINOIS 60604<br>ATTN: BARBARA ROBERTSON | Number Of Process To Be Served In This Case. | |
|---|---|---|
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

**PLEASE SERVE VIA CERTIFIED MAIL.**

**FILED**
MAY 23 2008 TC
5-23-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| Signature of Attorney or other Originator requesting service on behalf of<br>MARSHA A. MCCLELLAN , AUSA | [X] Plaintiff<br>[ ] Defendant | Telephone No.<br>(312) 353-5300 | Date<br>4/1/08 |
|---|---|---|---|

| SIGNATURE OF PERSON ACCEPTING PROCESS: | | | Date |
|---|---|---|---|

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER:<br>*Brenda Vitui* | APR 10 2008 |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [ ] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|

| ADDRESS: (Complete only if different than shown above.) | Date of Service<br>4-11-08 | Time of Service<br>11:00 | [X] AM<br>[ ] PM |
|---|---|---|---|
| | Signature, Title and Treasury Agency<br>*Brenda Vitui*, AFC, IN | | |

REMARKS:
VIA CERTIFIED MAIL # 7003 1010 0003 0619 4823

TD F 90-22.48 (6/96)

Make (5) copies after form is signed. SEND ORIGINAL + 4 COPIES to TREASURY AGENCY. Retain Copy #5 for your file.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Linda Babuch, Esq.
   205 N. Michigan Ave.,
   Suite 4000
   Chicago IL 60601

2. Article Number
   (Transfer from service label)
   7003 1010 0003 0619 4823

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]
   ☐ Agent
   ☑ Addressee

B. Received by ( Printed Name )
   Linda Babuch

C. Date of Delivery
   4/21/08

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes