UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 07 CR 869 |
| | ) | Judge Robert W. Gettleman |
| SOUTH SHORE SUPERMARKET, INC. | ) | |

MOTION OF THE UNITED STATES FOR ENTRY OF
A FINAL ORDER OF FORFEITURE

The UNITED STATES OF AMERICA, through PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, moves for entry of a final order of forfeiture as to specific property pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code, Section 2461(c), and Fed. R. Crim. P. 32.2, and in support thereof submits the following:

1. On December 28, 2007, an information was filed charging defendant SOUTH SHORE SUPERMARKET, INC. with wire fraud violations pursuant to the provisions of 18 U.S.C. § 1343.

2. The information sought forfeiture to the United States of specific property pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

3. On February 7, 2008, pursuant to Fed R. Crim. P. 11, defendant SOUTH SHORE SUPERMARKET, INC. entered a voluntary plea of guilty to Count Five of the information, charging it with a violation of 18 U.S.C. § 1343, thereby making the certain property subject to forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

4. Pursuant to the terms of its plea agreement, as a result of its violation of 18 U.S.C. § 1343, to which defendant SOUTH SHORE SUPERMARKET, INC. pleaded guilty, the defendant agreed that the following property is subject to forfeiture to the United States pursuant to the

provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), as property, real or personal, that constitutes or is derived from proceeds traceable to the defendant's violation: funds in the amount of $47,193.05, including specifically (i) funds in the amount of $45,228.05 seized from Marquette National Bank of Chicago account XX810 held in the name of South Shore Supermarket, Inc. and (ii) $1,965 in currency seized from South Shore Supermarket on October 2, 2002.

5. On March 18, 2008, this Court entered a preliminary order of forfeiture forfeiting any interest defendant SOUTH SHORE SUPERMARKET, INC. had in the foregoing funds and directing the United States Department of Treasury to seize and take custody of the funds. Further, the United States Department of Treasury was ordered to publish notice of the United States' intention to forfeit the foregoing funds and to dispose of the funds according to law.

6. Also on March 18, 2008, this Court entered a judgment against defendant SOUTH SHORE SUPERMARKET, INC. As part of the defendant's sentence, as detailed in the judgment, this Court ordered restitution in the amount of $193,163.00.

7. Pursuant to the provisions of 21 U.S.C. § 853(n)(1), as incorporated by 28 U.S.C. § 2461(c), beginning on April 10, 2008, and continuing for three consecutive weeks ending on April 24, 2008, the <u>Chicago Tribune</u> published notice of the United States' intention to forfeit the foregoing funds according to law. A copy of the certificate of publication is attached as Exhibit A.

8. Linda Babich, attorney for defendant SOUTH SHORE SUPERMARKET, INC., was served with a copy of the notice and the preliminary order of forfeiture. Pursuant to the provisions of 21 U.S.C. § 853(n)(1), as incorporated by 28 U.S.C. § 2461(c), no other parties are known to have an interest in the property and accordingly, no other parties were served with a copy of the notice and the preliminary order of forfeiture.

9. To date, no petitions have been filed requesting a hearing to adjudicate any interest in the property, and the time in which to do so, has expired.

10. Therefore, the United States requests that this Court enter a final order of forfeiture, pursuant to 18 U.S.C. § 981(a)(1)(C), as incorporated by 28 U.S.C. § 2461(c), as to foregoing property for disposition according to law.

11. Pursuant to 21 U.S.C. § 853(i)(1), as incorporated by 28 U.S.C. § 2461(c), the Attorney General is authorized to:

> grant petitions for mitigation or remission of forfeiture, *restore forfeited property to victims of a violation of this subchapter*, or take any other action to protect the rights of innocent persons which is in the interest of justice and which is not inconsistent with the provisions of this section [emphasis added].

Accordingly, upon entry of the final order of forfeiture, matters relating to restitution will be submitted to the Attorney General for consideration. The government requests that any funds paid in satisfaction of the forfeiture judgment be credited to reduce the restitution judgment entered by the Court.

WHEREFORE, pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2, the United States requests that this Court enter a final order of forfeiture as to the foregoing funds in accordance with the draft final order of forfeiture which is submitted herewith.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Joseph Ferguson
    JOSEPH FERGUSON
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-5300