MHN

## Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>07 CR 869 |
|---|---|
| DEFENDANT SOUTH SHORE SUPERMARKET, INC. | TYPE OF PROCESS PUBLICATION |

| SERVE AT | Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize<br>**INTERNAL REVENUE SERVICE** |
|---|---|
| | Address (Street or RFD / Apt. # / City, State, and Zip Code)<br>230 SOUTH DEARBORN, ROOM 1420, CHICAGO, ILLINOIS 60604 |

| Send NOTICE OF SERVICE copy to Requester:<br>PATRICK J. FITZGERALD, UNITED STATES ATTORNEY<br>OFFICE OF THE UNITED STATES ATTORNEY<br>219 SOUTH DEARBORN STREET, 5TH FLOOR,<br>CHICAGO, ILLINOIS 60604<br>ATTN: BARBARA ROBERTSON | Number Of Process To Be Served In This Case. | |
|---|---|---|
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

PLEASE PUBLISH IN A NEWSPAPER OF GENERAL CIRCULATION FOR THREE CONSECUTIVE WEEKS..

FILED
MAY 2 3 2008 TC
5-23-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| Signature of Attorney or other Originator requesting service on behalf of:<br>MARSHA A. MCCLELLAN, AUSA  *[signature]* | [X] Plaintiff<br>[ ] Defendant | Telephone No.<br>(312) 353-5300 | Date<br>4/1/08 |
|---|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | | Date |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. ___ | District to Serve No. ___ | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER:<br>*Brenda Vilei* | Date<br>APR 1 0 2008 |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [ ] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|

| ADDRESS: (Complete only if different than shown above.) | Date of Service | Time of Service [ ] AM<br>[ ] PM |
|---|---|---|
| | Signature, Title and Treasury Agency<br>*Brenda Vilei*, AFC - IRS | |

REMARKS:

TD F 90-22.48 (6/96)

Make (5) copies after form is signed. SEND ORIGINAL + 4 COPIES to TREASURY AGENCY. Retain Copy #5 for your file.



## CERTIFICATE OF PUBLICATION

Chicago Tribune Company hereby certifies that it is the publisher of the Chicago Tribune; that the Chicago Tribune is an English language newspaper of general circulation, published daily in the City of Chicago, County of Cook and State of Illinois; that the Chicago Tribune has been so published continuously for more than one year prior to the date of first publication mentioned below and is further a newspaper as defined in Ill. Rev. Stat. Ch. 100, SS 5 & 10; that the undersigned is the duly authorized agent of the Chicago Tribune Company to execute this certificate on its behalf; and that a notice of which the annexed is a true copy was printed and published in said newspaper (3) times(s) and on the following dates:

**Starting 04/10/08 and Ending 04/24/08**

the first publication being on the earliest of said dates and the last publication being on the latest of said dates.

Executed at Chicago, Illinois this 24TH day of April, 2008.

CHICAGO TRIBUNE COMPANY

By _[signature]_

Chicago Tribune • chicagotribune.com
435 North Michagan Avenue, Room 1015 - Chicago, Illinois 60611
(312) 222-3232 - Fax: (312) 222-4014

1020841

NOTICE OF FORFEITURE

On March 18, 2008, the United States District Court for the Northern District of Illinois, in a case entitled United States v. South Shore Supermarket, Inc., No. 07 CR 869, ordered forfeiture to the United States of the following property pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c):

- funds in the amount of $45,228.05 seized from Marquette National Bank of Chicago account XX810 held in the name of South Shore Supermarket, Inc. and $1,965 in currency seized from South Shore Supermarket on October 2, 2002.

The United States intends to dispose of the property. In accordance with 21 U.S.C. § 853(n)(2), as incorporated by 28 U.S.C. § 2461(c), any persons or entities alleging an interest in such property must file a petition with the Court and the United States Attorney's Office, 219 South Dearborn Street, Chicago, Illinois 60604, within thirty (30) days of either the publication of this notice or receipt thereof by mail, whichever is earlier. The petition must be signed by the petitioners under penalty of perjury and must set forth:

(1) the nature and extent of the petitioner's right, title or interest in such property;
(2) the time and circumstances of the petitioner's acquisition of the right, title or interest in the property;
(3) any additional facts supporting the petitioner's claim; and
(4) the relief sought.

A hearing on the petitions may be held by the Court, notice of which shall be given to all petitioners.

ALVIN PATTON
Special Agent-in-Charge
Internal Revenue Service
230 South Dearborn Street
Chicago, Illinois 60604