## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following document:

**GOVERNMENT'S MOTION FOR ENTRY OF A
FINAL ORDER OF FORFEITURE AND FINAL ORDER OF FORFEITURE**

was served on June 3, 2008, in accordance with F<small>ED</small>. R. CRIM. P. 49, FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

                Respectfully submitted,

                PATRICK J. FITZGERALD
                United States Attorney

By:   s/ Joseph Ferguson
       JOSEPH FERGUSON
       Assistant United States Attorney
       219 South Dearborn Street
       Chicago, Illinois 60604
       (312) 353-5300