UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 07 CR 869 |
| ) | Judge Robert W. Gettleman |
| SOUTH SHORE SUPERMARKET, INC. ) | |

## **NOTICE OF MOTION**

TO:   Linda Babich, Esq.
      205 North Michigan Avenue, Suite 4000
      Chicago, Illinois 60601

    PLEASE TAKE NOTICE that on Tuesday June 10, 2008 at 9:15 a.m. at the opening or as soon thereafter as counsel may be heard, I will appear before Judge Gettleman in the courtroom usually occupied by him in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place instead, and then and there present the GOVERNMENT'S MOTION FOR ENTRY OF A FINAL ORDER and FINAL ORDER OF FORFEITURE, in the above-captioned case, at which time you may appear if you see fit.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:   s/ Joseph Ferguson
      JOSEPH FERGUSON
      Assistant United States Attorney
      219 South Dearborn Street
      Chicago, Illinois 60604
      (312) 353-5300