# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 Cr 869 -1 | DATE | 6/10/2008 |
| CASE TITLE | U S A     vs     SOUTH SHORE SUPERMARKET | | |

**DOCKET ENTRY TEXT:**

Motion [17] of the United States for entry of a final order of forfeiture is granted.

[For further detail see separate order]
[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|

U.S. DISTRICT COURT
CLERK
2008 JUN 11 PM 12:00
FILED-EOD