UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>SOUTH SHORE SUPERMARKET, INC. ) | No. 07 CR 869<br>Judge Robert W. Gettleman |

### FINAL ORDER OF FORFEITURE

This cause comes before the Court on motion of the United States for entry of a final order of forfeiture as to specific property pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code, Section 2461(c), and Fed. R. Crim. P. 32.2, and the Court being fully informed hereby finds as follows:

(a) On December 28, 2007, an information was filed charging defendant SOUTH SHORE SUPERMARKET, INC. with wire fraud violations pursuant to the provisions of 18 U.S.C. § 1343;

(b) The information sought forfeiture to the United States of specific property pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c);

(c) On February 7, 2008, pursuant to Fed R. Crim. P. 11, defendant SOUTH SHORE SUPERMARKET, INC. entered a voluntary plea of guilty to Count Five of the information, charging it with a violation of 18 U.S.C. § 1343, thereby making the certain property subject to forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c);

(d) Pursuant to the terms of its plea agreement, as a result of its violation of 18 U.S.C. § 1343, to which defendant SOUTH SHORE SUPERMARKET, INC. pleaded guilty, the defendant agreed that the following property is subject to forfeiture to the United States pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), as property, real or personal, that

constitutes or is derived from proceeds traceable to the defendant's violation: funds in the amount of $47,193.05, including specifically (i) funds in the amount of $45,228.05 seized from Marquette National Bank of Chicago account XX810 held in the name of South Shore Supermarket, Inc., and (ii) $1,965 in currency seized from South Shore Supermarket on October 2, 2002;

(e) On March 18, 2008, this Court entered a preliminary order of forfeiture forfeiting any interest defendant SOUTH SHORE SUPERMARKET, INC. had in the foregoing funds and directing the United States Department of Treasury to seize and take custody of the funds. Further, the United States Department of Treasury was ordered to publish notice of the United States' intention to forfeit the foregoing funds and to dispose of the funds according to law;

(f) Also on March 18, 2008, this Court entered a judgment against defendant SOUTH SHORE SUPERMARKET, INC. As part of the defendant's sentence, as detailed in the judgment, this Court ordered restitution in the amount of $193,163.00;

(g) Pursuant to the provisions of 21 U.S.C. § 853(n)(1), as incorporated by 28 U.S.C. § 2461(c), beginning on April 10, 2008, and continuing for three consecutive weeks ending on April 24, 2008, the Chicago Tribune published notice of the United States' intention to forfeit the foregoing funds according to law;

(h) Linda Babich, attorney for defendant SOUTH SHORE SUPERMARKET, INC., was served with a copy of the notice and the preliminary order of forfeiture. Pursuant to the provisions of 21 U.S.C. § 853(n)(1), as incorporated by 28 U.S.C. § 2461(c), no other parties are known to have an interest in the property and accordingly, no other parties were served with a copy of the notice and the preliminary order of forfeiture;

(i) To date, no petitions have been filed requesting a hearing to adjudicate any interest in the property, and the time in which to do so, has expired.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED:

1. That, pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2, all right, title, and interest of defendant SOUTH SHORE SUPERMARKET, INC. and any third party in funds in the amount of $47,193.05, including specifically (i) funds in the amount of $45,228.05 seized from Marquette National Bank of Chicago account XX810 held in the name of South Shore Supermarket, Inc. and (ii) $1,965 in currency seized from South Shore Supermarket on October 2, 2002, is hereby forfeit to the United States of America for disposition according to law;

2. That, pursuant to the provisions of 21 U.S.C. § 853(n)(7), as incorporated by 28 U.S.C. § 2461(c), the United States has clear title to the foregoing property and shall dispose of the property according to law;

3. That, upon entry of the final order of forfeiture, matters relating to the restoration of forfeited property to the victim in this case will then be addressed by the Attorney General, pursuant to the provisions of 21 U.S.C. § 853(i)(1), as incorporated by 28 U.S.C. § 2461(c). It is further ordered,

4. That, any funds received in satisfaction of the defendant's forfeiture judgment shall be credited to reduce the restitution judgment entered by the Court according to law. It is further ordered,

3

5.  That, this Court shall retain jurisdiction over this matter to take additional action and enter further orders as necessary to implement and enforce this forfeiture order.

*Robert W. Gettleman*

ROBERT W. GETTLEMAN
United States District Judge

DATED: JUNE 10, 2008